UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| FRANK W. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:10-CV-53 |
| v. ) | *Collier / Lee* |
| ) | |
| TOM KILGORE, President, Chief Officer, ) | |
| Tennessee Valley Authority, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court are Plaintiff's motions to compel responses to certain discovery requests [Doc. 59, 65]. On June 7, 2010, Plaintiff submitted a request for production of documents, to which Defendant responded with objections of overbreadth, undue burden, and relevance, but also with a copy of Plaintiff's claim file [*see* Doc. 50, 61-1].

Defendant also filed a motion to dismiss for lack of subject matter jurisdiction [Doc. 56]. On June 21, 2010, Plaintiff served another request for production of documents, which according to Defendant made "basically the same requests" as the previous filing [Doc. 58]. Plaintiff then moved twice, first on July 26, 2010, and then on August 2, 2010, to compel production of the requested documents [Doc. 59, 61]. The Court entered an order denying the latter motion to compel and noting that no discovery was necessary in order to resolve Defendant's motion to dismiss [Doc. 62].

Now, Plaintiff has filed yet another motion to compel responses to these documents [Doc. 65]. Defendant objects to the motion, pointing out that the Court has already ruled on substantially the same issue. Defendant is correct, and Plaintiff's motions to compel [Doc. 59, 65] are accordingly **DENIED**.

SO ORDERED.

ENTER:

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE